

# IN THE SUPERIOR COURT OF WHITE COUNTY
## STATE OF GEORGIA

## INDICTMENT

STATE OF GEORGIA

v.

JOEY WILSON

CASE NO: 2003-CR-351-HS

CHARGES:

Ct. 1: Child Molestation §16-6-4(a)

Georgia, White County
Filed _____ day of Oct 20 03
11:35 o'clock a.m.
Recorded in book _____
Page _____ date _____
Dena M. Adams, Clerk

October Term, 2003

True Bill

Foreperson

Witnesses:
Inv. Robyn McClure, 1210 Hulsey Road, Cleveland, Georgia 30528, (706)865-5177.

## PLEA

| | |
|---|---|
| The Defendant herein waives formal arraignment / indictment by the Grand Jury and pleads: | The Defendant herein waives formal arraignment / indictment by the Grand Jury and pleads: |
| **GUILTY/ NOT GUILTY/ NOLO CONTENDERE** | **GUILTY/ NOT GUILTY/ NOLO CONTENDERE** |
| This ___ day of _____, _____ | This ___ day of _____, _____ |
| _____<br>Defendant | _____<br>Defendant |
| _____<br>Attorney for the Defendant | _____<br>Attorney for the Defendant |
| N. Stanley Gunter, District Attorney<br>Enotah Judicial Circuit<br>By:_____<br>(Assistant) District Attorney | N. Stanley Gunter, District Attorney<br>Enotah Judicial Circuit<br>By:_____<br>(Assistant) District Attorney |



## IN THE SUPERIOR COURT OF WHITE COUNTY
## STATE OF GEORGIA

## INDICTMENT

**STATE OF GEORGIA**

v.

**JOEY WILSON**

Georgia, White County
Filed ___6___ day of _Oct_ 20_03_
_11:40_ o'clock _a.m._
Recorded in book _____
Page _____ date _____
Dena M. Adams, Clerk

**CASE NO:** 2003-CR-309-HS

**CHARGES:**

Cts. 1 - 9 Child Molestation §16-6-4(a)

October Term, 2003

_True_ Bill

_[signature]_
Foreperson

**Witnesses:**
S/A Steve Blackwell, GBI, 2000-A Cleveland Highway, Gainesville, GA 30506, (770)535-5423.

## PLEA

| | |
|---|---|
| The Defendant herein waives formal arraignment / indictment by the Grand Jury and pleads: | The Defendant herein waives formal arraignment / indictment by the Grand Jury and pleads: |
| **GUILTY/ NOT GUILTY/ NOLO CONTENDERE** | **GUILTY/ NOT GUILTY/ NOLO CONTENDERE** |
| This ___ day of _____, ____ | This ___ day of _____, ____ |
| _____ Defendant | _____ Defendant |
| _____ Attorney for the Defendant | _____ Attorney for the Defendant |
| **N. Stanley Gunter, District Attorney Enotah Judicial Circuit** By:_____ (Assistant) District Attorney | **N. Stanley Gunter, District Attorney Enotah Judicial Circuit** By:_____ (Assistant) District Attorney |

BILL OF INDICTMENT

STATE OF GEORGIA, COUNTY OF WHITE
IN THE SUPERIOR COURT OF SAID COUNTY, THE GRAND JURORS, selecte
chosen and sworn for the County of White, to wit:

1. Jay P. Westmoreland, Foreperson

2. Bobby D. Dalton
3. Mark H. Sims, Asst. Foreperson
4. ~~Dennis Freeman~~
5. William R. Hudson
6. David S. Wilkins
7. Polly D. Dorsey
8. Curtis Ledford
9. ~~Robert A. Owens~~
10. Pamela Rogus
11. Jeanette Dixon, Secretary
12. Carol M. Abernathy
13. Vicki J. Nicely
14. ~~Nannie A. Dean~~
15. Douglas E. Bennett
16. Conchita Black
17. Sabra P. Bryson
18. Kevin D. Nix
19. Eunice S. Meaders
20. Darrell H. Sosebee
21. Richard H. Thomas
22. ~~Charles E. Bowen~~
23. Rick J. West

COUNT ONE
The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accuse in the County of White and State of Georgia, between the dates of **the 1st day of August, 200 and the 30th day of June, 2003**, a more specific date being unknown to the Grand Jurors, did immoral and indecent act to    H.C.    , a child under the age of 16 years, with the int to arouse the sexual desires of the accused, to wit: the accused did rub the inner thigh of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

## BILL OF INDICTMENT

### STATE OF GEORGIA, COUNTY OF WHITE
### IN THE SUPERIOR COURT OF SAID COUNTY, THE GRAND JURORS, selected, chosen and sworn for the County of White, to wit:

1. Jay P. Westmoreland, Foreperson

2. Bobby D. Dalton
3. Mark H. Sims, Asst. Foreperson
4. Dennis Freeman
5. William R. Hudson
6. David S. Wilkins
7. Polly D. Dorsey
8. Curtis Ledford
9. Robert A. Owens
10. Pamela Rogus
11. Jeanette Dixon, Secretary
12. Carol M. Abernathy
13. Vicki J. Nicely
14. Nannie A. Dean
15. Douglas E. Bennett
16. Conchita Black
17. Sabra P. Bryson
18. Kevin D. Nix
19. Eunice S. Meaders
20. Darrell H. Sosebee
21. Richard H. Thomas
22. Charles E. Bowen
23. Rick J. West

### COUNT ONE
The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to  M.D. , a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did rub the breast of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

Page 2 of 4

### COUNT TWO

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to   M.D.,   a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did place his hand on the buttocks of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT THREE

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to   A.C.,   a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did rub the breast of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT FOUR

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to   A.C.,   a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did place his hand on the buttocks of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT FIVE

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to   K.B.,   a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did place his hand on the buttocks of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT SIX

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to   K.B.,   a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did rub the breast of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT SEVEN

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to K.D., , a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did rub the breast of said child, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT EIGHT

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to K.D., , a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did squeeze the breast of said child under her clothing said act being separate and distinct from that in Count Seven, contrary to the laws of said State, the good order, peace and dignity thereof.

### COUNT NINE

The Grand Jurors aforenamed, in the name and on behalf of the citizens of Georgia, charge and accuse **Joey Wilson** with the offense of **Child Molestation** in that the said accused, in the County of White and State of Georgia, between the dates of **the 8th day of August, 2003 and the 1st day of October, 2003**, a more specific date being unknown to the Grand Jurors, did a immoral and indecent act to K.D., a child under the age of 16 years, with the intent to arouse the sexual desires of the accused, to wit: the accused did place his hand on the buttocks of said child, contrary to the laws of said State, the good order, peace and dignity thereof.