IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

KEVIN DALE and ABBY DALE, Individually and **ORIGINAL**
as the Next Friends and Natural Parents
and Natural Guardians of M.D., a Minor;
and BRYAN J. CARLYLE and LISA J. CARLYLE,
Individually and as the Next Friends and
Natural Parents and Natural Guardians of A.C.,
a Minor,

        Plaintiffs,

                      CIVIL ACTION FILE

vs.

                      NO. 2:04-CV-0151-WCO

*[Handwritten: DEPO OF PATRICIA MOONEY McCollum 7/8/05]*

STEPHENS COUNTY (GEORGIA) SCHOOL DISTRICT;
STEPHENS COUNTY (GEORGIA) BOARD OF
EDUCATION; PATRICIA BAILEY, Individually
and in her Official Capacity as Former
Superintendent of Schools for THE
STEPHENS COUNTY SCHOOL DISTRICT; BETH
RUTHERFORD, Individually and in her Official
Capacity as Current or Former Human Resources
Director for the STEPHENS COUNTY SCHOOL
DISTRICT; STAN MCFARLIN, Individually and in
his Official Capacity as Current or Former
Principal of LIBERTY ELEMENTARY SCHOOL with
the STEPHENS COUNTY SCHOOL DISTRICT; WHITE
COUNTY (GEORGIA) SCHOOL DISTRICT; WHITE
COUNTY (GEORGIA) BOARD OF EDUCATION; DONNA
ALLEGOOD, Individually and in her Official
Capacity as Current or Former Principal of
MOUNT YONAH ELEMENTARY SCHOOL with the
WHITE COUNTY SCHOOL DISTRICT; and ROGER
FITZPATRICK, Individually and in his Official
Capacity as Current or Former Assistant
Principal of MOUNT YONAH ELEMENTARY SCHOOL
with the WHITE COUNTY SCHOOL DISTRICT,

        Defendants.

(Continued on next page)

**FILED UNDER SEAL**

GAINESVILLE DIVISION

ORIGI[NAL]

[KE]VIN DALE and ABBY DALE, Individually and
[as] the Next Friends and Natural Parents
[and] Natural Guardians of M.D., a Minor;
[and] BRYAN J. CARLYLE and LISA J. CARLYLE,
[Ind]ividually and as the Next Friends and
[Nat]ural Parents and Natural Guardians of A.C.,
[a M]inor,

    Plaintiffs,

                  CIVIL ACTION FILE

vs.

                  NO. 2:04-CV-0151-WCO

EXHIB[IT]

to DE[PO]
OF
PATRICIA
MOONEY
McCollu[m]

[STE]PHENS COUNTY (GEORGIA) SCHOOL DISTRICT;
[STE]PHENS COUNTY (GEORGIA) BOARD OF
[EDU]CATION; PATRICIA BAILEY, Individually
[and] in her Official Capacity as Former
[Sup]erintendent of Schools for THE
[STE]PHENS COUNTY SCHOOL DISTRICT; BETH
[RUT]HERFORD, Individually and in her Official
[Cap]acity as Current or Former Human Resources
[Dir]ector for the STEPHENS COUNTY SCHOOL
[DISTRICT; ...]

[in] Official Capacity as Current or Former
[Pri]ncipal of LIBERTY ELEMENTARY SCHOOL with
[the] STEPHENS COUNTY SCHOOL DISTRICT; WHITE
[COU]NTY (GEORGIA) SCHOOL DISTRICT; WHITE
[COU]NTY (GEORGIA) BOARD OF EDUCATION; DONNA
[LIT]TLEGOOD, Individually and in her Official
[Cap]acity as Current or Former Principal of
[MOU]NT YONAH ELEMENTARY SCHOOL with the
[WHI]TE COUNTY SCHOOL DISTRICT; and ROGER
[FIT]ZPATRICK, Individually and in his Official
[Cap]acity as Current or Former Assistant
[Pri]ncipal of MOUNT YONAH ELEMENTARY SCHOOL
[wit]h the WHITE COUNTY SCHOOL DISTRICT,

    Defendants.

(continued on next page)



# PURSUANT TO COURT ORDER

# ~~EXHIBITS TO~~ DOCKET #
## 146

# HAVE BEEN PLACED UNDER SEAL

(To be scanned at the end of the pleading for the above docket #.)